STEVEN B. WOLFSON
DISTRICT ATTORNEY
State Bar No. 1565
**CIVIL DIVISION**
By: **STEPHANIE A. BARKER**
Chief Deputy District Attorney
State Bar No. 3176
500 South Grand Central Pkwy.
P. O. Box 552215
Las Vegas, Nevada 89155-2215
Telephone: (702) 455-4761
Facsimile: (702) 382-5178
*Attorneys for Plaintiff Clark County*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CLARK COUNTY, a political subdivision of the State of Nevada,<br><br>    Plaintiff,<br><br> vs.<br><br>COMPUTER SQUARE, INCORPORATED, d/b/a CSI TECHNOLOGY GROUP, a New Jersey corporation,<br><br>    Defendant. | Case No:  2:11-cv-00901-RCJ-VCF |

### JOINT MOTION FOR EARLY SETTLEMENT CONFERENCE

  COME NOW the parties, Plaintiff CLARK COUNTY by STEVEN B. WOLFSON, District Attorney, through STEPHANIE A. BARKER, Chief Deputy District Attorney, and Defendant COMPUTER SQUARE, INC. through its counsel VINCENT SARRUBI, ESQ. and W. WEST ALLEN, ESQ., and hereby petition the Court to set an early settlement conference before the assigned Magistrate Judge, the Honorable V. Cam Ferenbach.

  After an initial period of discovery the parties anticipate that the cost of concluding discovery necessary to proceed to trial may be significant.  The parties, therefore, respectfully submit to the Court their joint belief that this is an ideal time to attempt settlement.  Specific numbers have not been discussed.  However, it is believed settlement of the litigation is within the realm of possibility based on the conversations which have occurred between counsel.  Encouraged by these conversations, the parties come to this Court asking that it schedule an early settlement conference.

A Stipulation and Order for Extension of Discovery Deadlines was entered on May 9, 2012, (DOC 19) and consistent therewith the parties respectfully propose the week of June 11, 2012, for settlement conference.  Because this is a diversity matter, and Defendant resides in New Jersey, if the Court is unavailable the week of June 11, 2012, the parties request a conference call with the Court for purposes of obtaining a date on which the parties can be available and present in Las Vegas for such a conference.

WHEREFORE, the parties hereby submit this Joint Motion for an Early Settlement Conference before the assigned Magistrate Judge, the Honorable V. Cam Ferenbach.

DATED:  May 16, 2012.

STEVEN B. WOLFSON
DISTRICT ATTORNEY

By: /s/ STEPHANIE A. BARKER
    STEPHANIE A.  BARKER
    Chief Deputy District Attorney
    State Bar No.  3176
    P. O.  Box 552215
    Las Vegas, NV 89155-2215
    *Attorney for Plaintiff CLARK COUNTY*

DATED:  May 16, 2012.

ARCHER & GREINER, P.C.

By:  /s/  VINCENT SARUBBI
    VINCENT SARUBBI, ESQ.
    Pro Hac Vice
    One Centennial Square
    33 East Euclid Avenue
    Haddonfield, New Jersey 08033
    *Attorney for Defendant/Counterclaimant
        COMPUTER SQUARE, INC*

DATED:  May 16, 2012.

LEWIS AND ROCA, LLP

By:  /s/  W. WEST ALLEN
    W. WEST ALLEN, ESQ.
    State Bar No. 5566
    3993 Howard Hughes Parkway, Ste. 600
    Las Vegas, Nevada  89169
    *Local Counsel for
    Defendant/Counterclaimant
      COMPUTER SQUARE, INC.*

**ORDER**

The parties Joint Motion for Early Case Settlement Conference having come before this Court on in the matter of <u>CLARK COUNTY vs. COMPUTER SQUARE, INC.</u>, Case No. 2:11-cv-00901-RCJ-VCF, and good cause appearing therefore;

IT IS HEREBY ORDERED that the Stipulation is granted and Settlement Conference is scheduled before the Honorable Magistrate Judge V. Cam Ferenbach for the 14th day of June, 2012, at the hour of 9:30 a.m., in the United Stated District Court building, 333 Las Vegas Boulevard South, Las Vegas, Nevada, in chambers of the undersigned Judge.

DATED this 24th day of May, 2012.

_____
UNITED STATES MAGISTRATE JUDGE