# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| CLARK COUNTY, | 2:11-cv -00901-MMD-VCF |
| Plaintiff, | **ORDER** |
| vs. | |
| COMPUTER SQUARE INCORPORATED, d/b/a CSI TECHNOLOGY GROUP, | |
| Defendant. | |

The undersigned Magistrate Judge has conducted a settlement conference in this case. A settlement was not reached and the case has been returned to the normal litigation track. The parties now wish to proceed with discovery. Consequently, it would be inappropriate for this Magistrate Judge, who has conducted a settlement conference, to act as the Magistrate Judge for this case. Because his impartiality might reasonably be questioned, the undersigned must recuse himself from further participation in this case. 28 USC § 455 Code of Conduct for United States Judges, Canon 3(C)(1).

Accordingly, this matter is hereby referred to the Clerk of Court for random reassignment to another Magistrate Judge.

DATED this 17th day of July, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE